**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES MONEY, et. al, | ) | |
| | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Case No. 20 CV 2094 |
| | ) | |
| ROBERT JEFFREYS, in his official capacity as | ) | The Honorable |
| ACTING DIRECTOR OF THE DEPARTMENT | ) | John F. Kness, |
| OF CORRECTIONS | ) | Judge Presiding |
| Respondent. | ) | |

---

**NOTICE OF DISMISSAL WITH PREJUDICE**

Petitioners James Money, et. al, by their attorney Jennifer Soble, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(6), hereby gives notice that the above-captioned case is dismissed with prejudice.

Date: May 21, 2021

Respectfully Submitted

/s/ Jennifer Soble
Executive Director, Illinois Prison Project
53 West Jackson Blvd
Suite 1056
Chicago, IL 60604
ph: (312) 324-4463 x701
fax: (773) 389-3344